IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Criminal Action No. 08- 88 |
| | ) |
| TODD L. BUNSELMEYER, | ) REDACTED |
| | ) |
| Defendant. | ) |

### INDICTMENT

The Grand Jury for the District of Delaware charges that:

### Count 1

On or about April 25, 2008, in the District of Delaware, Todd L. Bunselmeyer, the defendant, knowingly did possess a firearm, that is, a .357 caliber, Smith & Wesson revolver, model 681, serial no. ABD 7419, which had been transported in interstate commerce to Delaware, having been convicted on or about October 11, 2005, in Superior Court for Kent County, Delaware, of an offense punishable by imprisonment for a term exceeding one year, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A TRUE BILL:

Foreperson

COLM F. CONNOLLY
United States Attorney

By: _____
for   Edmond Falgowski
Assistant United States Attorney

Dated: June 3, 2008

FILED
JUN 3 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE