IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action No. 08- 88 |
| ) | |
| TODD L. BUNSELMEYER, ) | |
| ) | |
| Defendant. ) | |

**MOTION AND ORDER FOR ARREST WARRANT**

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Edmond Falgowski, Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court for the issuance of an arrest warrant for the arrest and apprehension of Todd L. Bunselmeyer, pursuant to an Indictment returned against him by the Federal Grand Jury on June 3, 2008.

COLM F. CONNOLLY
United States Attorney

By: _Robert F. Kravetz_
    for Edmond Falgowski
    Assistant United States Attorney

Dated: 6/3/08

AND NOW, this 3rd day of JUNE, 2008, upon the foregoing Motion, **IT IS ORDERED** that an arrest warrant issue for the arrest and apprehension of TODD L. BUNSELMEYER.

_Mary Pat Thynge_
Honorable Mary Pat Thynge
United States Magistrate Judge

FILED
JUN 3 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE