IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 08-88 |
| ) | |
| TODD L. BUNSELMEYER, ) | |
| ) | |
| Defendant. ) | |

## PETITION FOR WRIT OF
## HABEAS CORPUS AD PROSEQUENDUM

Your Petitioner, the United States of America, by its attorneys, Colm Connolly, United States Attorney for the District of Delaware, and Edmond Falgowski, Assistant United States Attorney for the District of Delaware, respectfully states:

1. On June 3, 2008, Todd L. Bunselmeyer, the defendant, was indicted for the possession of a firearm by a felon, in violation of 18 U.S.C. § 922(g). On that same date this Court issued a bench warrant which remains outstanding.

2. The defendant is currently a detainee of the State of Delaware at the Sussex Correctional Institute in Sussex County, Delaware.

**WHEREFORE,** Petitioner prays that the Clerk of this Court be instructed to issue a Writ of Habeas Corpus Ad Prosequendum to the United States Marshal, District of Delaware, and to the Warden for the Sussex Correctional Institute to bring Todd L. Bunselmeyer, the defendant, before

this Court for an initial appearance and to be returned afterwards to the Warden for the Sussex Correctional Institute.

COLM F. CONNOLLY<br>
United States Attorney<br><br>
By: _____<br>
Edmond Falgowski<br>
Assistant United States Attorney

Dated: 7-23-08

**IT IS SO ORDERED** this _____ day of _____, 2008.

_____
HONORABLE LEONARD P. STARK
United States Magistrate Court